## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 21, 2017

_____

### DOCKET CORRECTION NOTICE
_____

No. 17-4221,    <u>US v. Anatoly Fedorovsky</u>
           8:16-cr-00437-TDC-1

TO:    Albert Yukhanan Dayan

SEALED DOCUMENT CORRECTION DUE:  June 22, 2017

Please make the correction identified below by the due date indicated.

---

[x] <u>Certificate of Confidentiality</u>: If you are sealing only personal data identifiers or information sealed below, you must file a certificate of confidentiality identifying the authority for keeping the information sealed.  A certificate of confidentiality is required for the sealed portion of your exhibit to the motion for release.


T. Fischer, Deputy Clerk
804-916-2704